| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Alan S. Wolf          BAR ID: 94665<br>**Daniel K. Fujimoto    BAR ID: 158575**<br>The Wolf Firm, A Law Corporation<br>38 Corporate Park, Irvine, CA 92606<br>**Telephone # (949)720-9200        Fax # (949)608-0128**<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* | **FILED & ENTERED**<br><br>APR 16 2009<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY rhambo    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Charlene Gruntz aka Charlene Evelyn Weir Gruntz dba Eastridge Group dba Eastridge Farms<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 6:08-bk-18585-MJ<br><br>DATE: 4/15/09<br>TIME: 9:00 am<br>CTRM: 302<br>FLOOR: 3rd |
|---|---|

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER 11 U.S.C. § 362 (Real Property)

**(MOVANT:** U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2005-9 Home Equity Pass-Through Certificates, Series 2005-9**)**

1. The Motion was:    ☐ Contested    ☒ Uncontested    ☐ Settled by Stipulation

2. The Motion affects the following real property ("Property"):

   *Street Address: 2551 Eaton Avenue*
   *Apartment/Suite No.:*
   *City, State, Zip Code: Hemet, CA 92545*

   Legal description or document recording number (including county of recording):

   See Document Number 1999-477515 recorded in Official Records of Riverside County on 10/29/1999

   ☐ See attached page.

3. The Motion is granted under:  ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
                                   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(This Order is continued on next page)*

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 2 of 4

| In re:<br>Charlene Gruntz | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:08-bk-18585-MJ |

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.
   d. ☐ See attached continuation page for additional provisions.

####

DATED: April 16, 2009

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 4001-10.RP

| In re:<br>Charlene Gruntz | | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 6:08-bk-18585-MJ |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

The Wolf Firm, 38 Corporate Park, Irvine, CA 92606.

A true and correct copy of the foregoing document described <u>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>April 16, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Debtor: Charlene Gruntz, 3235 Lansing Street , Hemet, CA 92543
Debtor's Counsel: William E. Windham, 5005 La Mart Drive, Suite 201, Riverside, CA  92507-5989
Chapter 7 Trustee: Patricia J Zimmermann, 31566 Railroad Canyon Road #306 , Canyon Lake, CA 92587-9446
Trustee's Counsel: Wayne E. Johnson, P.O. Box 1900, Redlands, CA  92373
Office of the U.S. Trustee – Riverside, 3685 Main St., Suite 300, Riverside, CA  92501
U.S. Bankruptcy Court: Judge Meredith A. Jury, 3420 Twelfth Street, Suite 345, Riverside, CA 92501-3819

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 04/16/09 | **KEVIN SANTA ANA** | */s/Kevin Santa Ana* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                              **F 4001-10.RP**

| In re:<br>Charlene Gruntz | | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 6:08-bk-18585-MJ |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of    April 16, 2009   , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Debtor's Counsel William E Windham: ezforms@sbcglobal.net
Trustee Patricia J Zimmermann: pjztrustee@aol.com, pzimmermann@ecf.epiqsystems.com
Trustee's Counsel Wayne E Johnson: wayne@waynejohnsonlaw.com
United States Trustee (RS): ustpregion16.rs.ecf@usdoj.gov
The Wolf Firm: wdk@wolffirm.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor: Charlene Gruntz, 3235 Lansing Street, Hemet, CA 92543

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                          **F 4001-10.RP**